IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | W-17-MJ-846-JCM |
| COURTNEY M. ROBINSON | § | |

## VERDICT FORM

**Question 1:**

We, the jury, unanimously find the Defendant, Courtney M. Robinson,

_____*Guilty*_____ of the offense of driving while intoxicated
"Guilty" or "Not Guilty"

on or about October 22, 2017, within the special maritime and territorial jurisdiction of the United States at Fort Hood, Texas within the Western District of Texas.

If you answered "guilty" to question 1, continue to question 2. If you answered "not guilty", skip question 2.

**Question 2:**

When tested on or about October 22, 2017, did the defendant have a blood alcohol concentration of 0.15 or more?

Yes ✓